JS-6

*FILED*
CLERK, U.S. DISTRICT COURT
APR 20, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Ursula Ganz*, | CASE NO. CV 15-9360-GHK (FFMx) |
| Plaintiff, | |
| v. | JUDGMENT |
| *Bank of America, N.A., et al.*, | |
| Defendants. | |

Pursuant to Plaintiff's February 11, 2016 Notice of Voluntary Dismissal, IT IS HEREBY ADJUDGED that Plaintiff's claims are **DISMISSED without prejudice** as to Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. Pursuant to the Court's April 20, 2016 Order, Plaintiff's claims are **DISMISSED without prejudice** as to Defendants Barrett Daffin Frappier Treder & Weiss, LLP and Nationstar Mortgage, LLC.

**IT IS SO ORDERED**.

DATED: April 20, 2016

_____
GEORGE H. KING
Chief United States District Judge